NUMBER 13-11-00078-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

PHILLIP WAYNE CHUPE,                                                            Appellant,

 

                                                             v.

 

THE STATE OF TEXAS,                                                                 Appellee.


____________________________________________________________

 

                            On
Appeal from the 36th District Court 

                                      of
Aransas County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                          Before Justices
Garza, Vela, and Perkes

Memorandum Opinion
Per Curiam

 

Appellant,
Phillip Wayne Chupe, by and through his attorney, has filed a motion to
withdraw his appeal because he no longer desires to prosecute it.  See Tex. R. App. P. 42.2(a).  Without
passing on the merits of the case, we grant the motion to withdraw the appeal
and pursuant to Texas Rule of Appellate Procedure 42.2(a), dismiss the appeal. 


 

Having
dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.

PER
CURIAM

 

Do not
publish.  See Tex. R. App. P.
47.2(b).  

Delivered and filed

the 12th day of May, 2011.